JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-8973 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **SANDRA VEGA,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Sandra Vega, individually and d/b/a El Ranchito, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Sandra Vega, individually and d/b/a El Ranchito, shall pay the plaintiff, J & J Sports Productions, Inc., $8,800.00 in total damages.

///
///
///
///
///

1      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: September 10, 2015

_____
William Keller
United States District Judge